

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-13-00900-CR

Style:      Raymond Lee Cavitt

     **v** The State of Texas

Date motion filed[*]:      October 6, 2014

Type of motion:      Third motion for extension of time to file brief

Party filing motion:      State

Document to be filed:      State's brief

If motion to extend time:

     Original due date:      June 5, 2014

     Number of extensions granted:      2      Current Due date: October 2, 2014

     Date Requested:      November 3, 2014

Ordered that motion is:

     ☑      Granted

         If document is to be filed, document due: November 3, 2014

         ☑      No further extensions of time will be granted

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

     **The motion is granted. The State's brief shall be filed no later than November 3, 2014. No further extensions of time for the filing of the State's brief will be granted.**

Judge's signature: /s/ Sherry Radack
         ☒ Acting individually      ☐ Acting for the Court
Panel consists of _____

Date: October 14, 2014

November 7, 2008 Revision